NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WANDA MARIE ALLEN,**

*Plaintiff-Appellant*

**v.**

**WELLS FARGO HOME MORTGAGE BANK, N.A.,**

*Defendant-Appellee*

———————————

2022-2188

———————————

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:22-cv-00104-D, Chief Judge James C. Dever III.

-------------------------------------------------

**WANDA MARIE ALLEN,**

*Plaintiff-Appellant*

**v.**

**WELLS FARGO HOME MORTGAGE BANK, N.A.,**

*Defendant-Appellee*

———————————

2022-2190

———————————

2    ALLEN v. WELLS FARGO HOME MORTGAGE BANK, N.A.

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:22-cv-00105-D, Chief Judge James C. Dever III.

————————————

PER CURIAM.

## **O R D E R**

Wanda Marie Allen has filed the two above-captioned appeals in this court from district court cases involving allegations regarding a mortgage and mortgage insurance fraud. Neither party has filed a response to this court's orders directing the parties to address whether we have jurisdiction over these appeals.

We conclude that we do not have jurisdiction. This court generally has jurisdiction only over district court cases arising under the patent laws, civil actions on review to the district court from the United States Patent and Trademark Office, and certain damages claims not exceeding $10,000 against the United States. *See* 28 U.S.C. § 1295. These appeals are not within that limited jurisdiction. Although we may transfer a case to the appropriate regional circuit "if it is in the interest of justice," 28 U.S.C. § 1631, because Ms. Allen already brought appeals to the United States Court of Appeals for the Fourth Circuit in these matters (Fourth Circuit Appeal Nos. 22-1863 and 22-1864), we conclude that dismissal is appropriate.

Accordingly,

ALLEN v. WELLS FARGO HOME MORTGAGE BANK, N.A.          3

IT IS ORDERED THAT:

(1)  The above-captioned appeals are dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

December 15, 2022                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court